ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAR -3 AM 11: 25

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT A. BROADY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 313-077 |
| DOUG WILLIAMS, Warden, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to appoint counsel is **DENIED AS MOOT** (doc. no. 13), this action is **DISMISSED** without prejudice as a sanction for abuse of the judicial process, and this civil action is **CLOSED**.

SO ORDERED this 3rd day of March, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE